**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

|  |  |  |
|---|---|---|
| | ) | |
| ROSS-HIME DESIGNS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 12-216 C |
| | ) | |
| v. | ) | Judge Mary Ellen Coster Williams |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE TO THE COURT REGARDING INTRODUCTION OF LEARNED TREATISE**

At the Court's request, made on May 28, 2015 during the claim construction hearing in Minneapolis, Minnesota, defendant gives notice regarding a learned treatise on the subject of physics. The book is *David Halliday et al., Fundamentals of Physics* (4th ed. 1993) (hereinafter "Halliday & Resnick"). Ex. A (including copy of title page and copyright information). This edition of Halliday & Resnick pre-dates the earliest filing date of either of the patents-in-suit.

**BACKGROUND**

During the hearing, defendant's expert witness, Dr. J. Kenneth Salisbury, Jr., provided testimony regarding the hypothetical operation of a linear actuator being used to open and close a door. As part of this testimony, Dr. Salisbury drew "force diagrams," which pictorially described the force exerted by the linear actuator by its X and Y vector components. In an attempt to provide clarification to the Court, counsel for defendant and Dr. Salisbury identified Halliday & Resnick as a well-known undergraduate textbook in the field of physics.

1

**ARGUMENT**

This Court may take judicial notice of factual information contained in Halliday & Resnick and may additionally allow statements from Halliday & Resnick into evidence as they are used by expert witnesses.  Federal Rule of Evidence 201(b) allows courts to take judicial notice of facts "not subject to reasonable dispute" because they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  The touchstone of the inquiry is the extent to which the facts to be relied upon are undisputed generally.  *Hines on Behalf of Sevier v. Sec'y of Dep't of Health & Human Servs*., 940 F.2d 1518, 1525−26 (Fed. Cir. 1991) (permitting judicial notice to be taken of well-known medical facts contained in a textbook as allowed by Fed. R. Evid. 201(b)).

In this case, defendant provides notice of Halliday & Resnick so that the Court may take judicial notice of the force diagrams utilized by Dr. Salisbury during his testimony.  In *Hines*, where the Federal Circuit allowed judicial notice to be taken of well-known medical facts because "[w]ell known medical facts are the types of matters of which judicial notice may be taken" and there was no dispute as to the correctness of the information.  *See id.* at 1526.  Here, the Court could take judicial notice of factual information regarding physics contained in Halliday & Resnick because that information is as available and well-known as the medical facts at issue in *Hines*.  Furthermore, there is no dispute among treatise writers as to the correctness of the information.

**CONCLUSION**

For the reasons discussed above, defendant provides the Court Notice of Halliday et al. Defendant asks that the Court take judicial notice of those portions it deems relevant.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOHN FARGO
Director


/s/ Conrad J. DeWitte, Jr.
CONRAD J. DeWITTE, JR.
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0459
Facsimile: (202) 307-0345
E-Mail: conrad.dewitte@usdoj.gov

COUNSEL FOR THE UNITED STATES


June 3, 2015

3