# Exhibit A

FOURTH EDITION

# FUNDAMENTALS OF PHYSICS

## DAVID HALLIDAY
*University of Pittsburgh*

## ROBERT RESNICK
*Rensselaer Polytechnic Institute*

## JEARL WALKER
*Cleveland State University*



JOHN WILEY & SONS, INC.
New York  Chichester  Brisbane  Toronto  Singapore

ACQUISITIONS EDITOR Cliff Mills
DEVELOPMENTAL EDITOR Barbara Heaney
MARKETING MANAGER Catherine Faduska
PRODUCTION SUPERVISOR Lucille Buonocore
INTERIOR DESIGN Dawn L. Stanley
COVER DESIGN Jeanette Jacobs Design
MANUFACTURING MANAGER Andrea Price
COPY EDITING SUPERVISOR Deborah Herbert
PHOTO RESEARCH DIRECTOR Stella Kupferberg
PHOTO RESEARCHERS Charles Hamilton
Hilary Newman
Pat Cadley
ILLUSTRATION Edward Starr
COVER PHOTO Courtesy FPG
International

Copyright © 1974, 1981, 1988, 1993, by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of this work beyond that permitted by Sections 107 and 108 of the 1976 United States Copyright Act without the permission of the copyright owner is unlawful. Requests for permission or further information should be addressed to the Permissions Department, John Wiley & Sons.

Recognizing the importance of preserving what has been written, it is a policy of John Wiley & Sons, Inc. to have books of enduring value published in the United States printed on acid-free paper, and we exert our best efforts to that end.

This book was set in 10/12 New Baskerville by Progressive Typographers and printed and bound by Von Hoffman Press. The cover was printed by Phoenix Color.

*Library of Congress Cataloging in Publication Data:*

Halliday, David
    Fundamentals of physics / David Halliday, Robert Resnick, Jearl Walker. — 4th ed.
        p.    cm.
    Includes index.
    ISBN 0-471-52461-1 (cloth). —
    1. Physics.  I. Resnick, Robert    II. Walker, Jearl
    QC21.2.H35    1993
    530—dc20                        92-32801
                                    CIP

Printed in the United States of America

10  9  8  7  6  5  4  3  2  1